■ In the Matter of HAROLD KONIGSBERG, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [674 NYS2d 599] —Judgment unanimously affirmed without costs. Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul a determination that he violated certain prison disciplinary rules. Supreme Court properly dismissed the proceeding as moot after respondent issued an administrative order reversing the determination and directing the expungement of all references to the disciplinary proceeding (*see, Matter of Free v Coombe*, 234 AD2d 996). We reject petitioner's contention that the expungement order is incomplete (*see, Matter of Wong v Coughlin*, 150 AD2d 832, 833). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—CPLR art 78.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.

■ In the Matter of ANTHONY LaSALLE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [676 NYS2d 390] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Lahey v Kelly*, 71 NY2d 135; *Matter of Holmes v Coughlin*, 182 AD2d 1121). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY MARTIN, Appellant. [676 NYS2d 391] —Judgment unanimously affirmed (*see, People v Gonzales*, 231 AD2d 939, 940, *lv denied* 89 NY2d 923). (Appeal from Judgment of Supreme Court, Onondaga County, Cunningham, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.